May 10, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

LINDA LEE BRUEGGEBORS, Appellant

NO. 14-11-01071-CV                     V.

RICHARD PAUL BRUEGGEBORS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on October 27, 2011.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by LINDA LEE BRUEGGEBORS.

We further order this decision certified below for observance.